IN THE SUPREME COURT OF TEXAS

 No. 09-0786

 IN RE ODYSSEY HEALTHCARE, INC. AND GEORGE PORTILLO

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion to stay proceedings, filed September 18, 2009,
is granted. All trial court proceedings in Cause No. 2009-980, styled
Guadalupe Morales v. Odyssey Healthcare, Inc. and George Portillo, in the
County Court at Law No 5 of El Paso County, Texas, are stayed pending
further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this October 09, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Jessica Hamby, Deputy Clerk